# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

TRACY G. ALLEN, AIS # 129732,                :

    Plaintiff,                                    :

vs.                                          :     **CIVIL ACTION 09-0838-CG-M**

DR. ROBERT BARNES,                           :

    Defendant.                                    :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action is hereby **DISMISSED**

without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 1st day of March, 2010.


/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE